CLARENCE H. MORROW, Suing on Behalf of Himself and All Other Holders of First Mortgage 6½% Serial Gold Bonds of the Defendant CAPITOL THEATRE COMPANY (a West Virginia Corporation) Similarly Situated, Respondent, v. WARNER BROS. PICTURES, INC. and Others, Appellants, Impleaded with Others.— Order unanimously modified by directing the examination of the president of the corporate defendant, and such other officers in the order of their office as may appear necessary, and as so modified affirmed, with twenty dollars costs and disbursements to

the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.